# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HEIDI J. PATCHES, | : | NO. 4:23-CV-01877 |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | (CAMONI, M.J.) |
| FRANK BISIGNANO, | : | |
| *Commissioner of Social Security*, | : | |
| Defendant. | : | |

## ORDER

In accordance with the accompanying Memorandum Opinion, it is

**ORDERED** that:

(1) The decision of the Commissioner of Social Security denying the Plaintiff's benefits under the Social Security Act is **AFFIRMED**;

(2) Final judgment will be entered in the Defendant's favor; and

(3) The Clerk of Court is directed to **CLOSE** this case.

Date: November 21, 2025

s/ *Sean A. Camoni*
Sean A. Camoni
United States Magistrate Judge